In the Matter of DEMITRUS B., Appellant. MONROE COUNTY ATTORNEY, Respondent. (Appeal No. 2.) [932 NYS2d 402]—

Same memorandum as in *Matter of Demitrus B.* (89 AD3d 1421 [2011]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.

In the Matter of ANDREA F.P., Appellant. MONROE COUNTY ATTORNEY, Respondent. [932 NYS2d 757]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.